The judgment is reversed and the cause remanded.

---

**Arnulfo AGUIRRE, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 27090.**

Court of Criminal Appeals of Texas.

Oct. 20, 1954.

---

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

WOODLEY, Judge.

The conviction is for the offense of assault with intent to murder. Punishment was assessed at two years in the penitentiary.

The record on appeal does not reflect that appellant has been sentenced in the trial court. Where no sentence has been pronounced in the trial court, this court is without jurisdiction to enter any order except to dismiss the appeal.

The appeal is dismissed.